United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-18185-sr
Dean M McIntyre                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 2              Date Rcvd: Sep 02, 2016
                        Form ID: pdf900         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2016.
```
db              +Dean M McIntyre,    234 North Park Drive,    Levittown, PA 19054-3330
13632293       ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
13632292        +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13655886         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13632294        +Columbia Gas (Formerly Baystate Gas),    Po Box 2025,    Attn: Bankruptcy Department,
                  Springfield, MA 01102-2025
13632295        +Columbia Gas (Formerly Baystate Gas),    2491 Paxton St,    Harrisburg, PA 17111-1036
13632297        +Michael McKeever,    Attorney for PA Housing Finance,    701 Market Street Ste 5000,
                  Philadelphia, PA 19106-1541
13632300       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Mtr,    Toyota Financial Services,    Po Box 8026,
                  Cedar Rapids, IA 52408)
13643996        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013
13632301         Toyota Mtr,    Address Not Available,    Atlanta, GA 30309
13635784        +U.S. Bank N.A.,    PHFA Loan Srving. Div.,    211 N. Front St.,    Harrisburg, PA 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 03 2016 01:52:08     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2016 01:51:13      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 03 2016 01:51:45      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13632299       +E-mail/Text: blegal@phfa.org Sep 03 2016 01:51:30      Pa Housing Finance Age,    211 N Front St,
                  Harrisburg, PA 17101-1406
13632298       +E-mail/Text: blegal@phfa.org Sep 03 2016 01:51:30      Pa Housing Finance Age,    Po Box 8029,
                  Harrisburg, PA 17105-8029
                                                                                              TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13632296      ##+Commercial Acceptance,    2 W Main St,    Shiremanstown, PA 17011-6326
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Dean M McIntyre ykassoc@gmail.com,  ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
```

```
District/off: 0313-2           User: Randi                Page 2 of 2               Date Rcvd: Sep 02, 2016
                               Form ID: pdf900            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :

DEAN M MCINTYRE
                                             : Bankruptcy No. 15-18185SR
         Debtor(s)                           : Chapter 13

ORDER

AND NOW, this __2nd__ day of __September__, 2016, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

PAUL H YOUNG, ESQ
YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD STE 102
BENSALEM PA 19020-4366

DEAN M MCINTYRE
234 NORTH PARK DRIVE
LEVITTOWN,PA.19054